# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANLOUISE HALLAL and BRENT ALAN BRIGNER,<br><br>Plaintiffs,<br><br>v.<br><br>EABAL QTIK, et. al,<br><br>Defendants.<br>_____/ | Case No. 1:21-cv-00525-NONE-SKO<br><br>**ORDER DIRECTING PLAINTIFFS TO PAY THE $402 FILING FEE OR EACH SUBMIT A COMPLETED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiffs JeanLouise Hallal and Brent Alan Brigner ("Plaintiffs") are proceeding *pro se* in this action. Plaintiffs have neither paid the $402 filing fee, nor submitted applications to proceed *in forma pauperis* pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, **each plaintiff** shall submit the attached application to proceed *in forma pauperis*, completed in its entirety and signed, or, in the alternative, they shall pay the $402 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 30, 2021**                   /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE